# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LUTHER LEWIS**                                                                                    **PETITIONER**
*ADC #156922*

v.                              **CASE NO. 4:21-CV-00514-BSM**

**DEXTER PAYNE, Director**
**Arkansas Division of Correction**                                                **RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 11] is adopted. Luther Lewis's petition [Doc. No. 1] is dismissed with prejudice and a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 12th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE