## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LUTHER LEWIS**                                                                    **PETITIONER**
*ADC #156922*

**v.**                              **CASE NO. 4:21-CV-00514-BSM**

**DEXTER PAYNE, Director**
**Arkansas Division of Correction**                              **RESPONDENT**

### <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE